Tina M. WILSON, Petitioner

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 2014–3135.

United States Court of Appeals, Federal Circuit.

March 6, 2015.

Robert Edward Deso, Jr., Deso & Buckley, P.C., Washington, DC, argued for petitioner.

Jane C. Dempsey, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.

PROST, Chief Judge, DYK and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.